IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

JOHNATHAN SMITH,                     *

      Plaintiff,                         *

v.                                           Case No.: 15-2677-GJH

                                      *

DILLON'S BUS SERVICE, INC.,
*et al.*,                             *

      Defendants.
                                      *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

For the reasons stated in the Memorandum Opinion signed this same date, it is hereby ORDERED that:

1. Plaintiff's Unopposed Motion to Approve Settlement, ECF No. 25, is GRANTED;

2. The Settlement Agreement and Release, ECF No. 25-1, is APPROVED;

3. This case is DISMISSED WITH PREJUDICE; and

4. The Clerk SHALL CLOSE this case.

Dated: January 7, 2016

GEORGE J. HAZEL
United States District Judge